**UNITED STATES DISTRICT COURT**
District of Nebraska
111 S. 18th Plaza, Suite 3259
Omaha, Nebraska 68102-1322

| | |
|---|---|
| **Joseph F. Bataillon**<br>Senior United States District Judge | Phone (402) 661-7302<br>Fax (402) 661-7306 |

August 8, 2024

Brian Jorde and Christian Williams
DOMINA LAW GROUP
2425 S. 144th St.
Omaha, NE 68144-3267

Rex A. Rezac and Spencer Werth
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102

   RE: *Heft v. State Farm Mutual Automobile Insurance Company*, 8:22cv266

Counsel,

I have reviewed the evidence submitted by the parties in relation to the defendant's motion for summary judgment, which includes Filing No. 45 and corresponding attachments 1–5.

The evidence index lists the depositions of the plaintiff and all the witnesses to the accident. However, the plaintiff's deposition is not included in the filing. In its place is a duplicate deposition of James Duran. My staff has unsuccessfully attempted to correct this problem. As a result, I am asking you, directly, to resolve this problem. Either the plaintiff's deposition is part of the evidence, or it isn't. If the plaintiff's deposition is not filed by close of business Monday, August 12, 2024, the Court will consider the record closed and proceed accordingly.

        Yours truly,

        */s/ Joseph F. Bataillon*

        Joseph F. Bataillon
        Senior United States District Judge