IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERIMY W. HEFT,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                Defendant. | **8:22CV266**<br><br>ORDER |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 55) is granted and Rex A. Rezac is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Rex A. Rezac in this case.

Dated this 12th day of August, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge